Cluff Law PLC dba Cluff Injury Lawyers
701 North 44th Street
Phoenix, Arizona 85008
Telephone: (480) 626-2029
Brigham A. Cluff (#021028)
Brig@CluffInjuryLawyers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Robert Earl Gambee Jr., Plaintiff | Case No. _____ |
|---|---|
| vs. | |
| United States Postal Service, Defendant. | **COMPLAINT** |
| | *Jury Trial Demanded* |

Plaintiff, by and through counsel undersigned, for his Complaint against the Defendant, allege as follows:

## JURISDICTION & VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. § 1346(b).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1402(b).

## PARTIES

3. Plaintiff, Robert Earl Gambee Jr., is a resident of Mesa, Arizona.

4. Defendant, the United States Postal Service, is an agency of the United States Government.

## ADMINISTRATIVE CLAIM AND EXHAUSTION OF REMEDIES

5. Pursuant to the requirements of the Federal Tort Claims Act, Plaintiff filed a timely administrative claim with the United States Postal Service using Standard Form 95 (SF 95).

6. The claim, identified by USPS Case #852-22-00530134A, was filed on May 8, 2023,

detailing the injuries and damages sustained by Plaintiff due to the negligence of a USPS employee.

7. USPS acknowledged receipt of the SF 95 by letter on May 8, 2023

8. More than six months have elapsed since the filing of the SF 95 without a final disposition from the USPS, thereby exhausting Plaintiff's administrative remedies under 28 U.S.C. § 2675(a).

9. A true and correct copy of the SF 95 is attached hereto as Exhibit A.

10. A true and correct copy of the letter from the USPS acknowledging receipt of the SF 95 is attached hereto as Exhibit B.

## STATEMENT OF FACTS

11. On November 22, 2021, Plaintiff was driving eastbound on 1st Ave at Robson in Mesa, Arizona.

12. Ruslan Aepli, an employee of the USPS and acting within the scope of his employment, was driving a mail delivery van northbound on Robson.

13. Aepli negligently failed to yield from a stop sign, colliding with Plaintiff's vehicle.

14. The collision caused significant damage to the vehicle and serious personal injuries to Plaintiff.

15. Plaintiff suffered severe and permanent injuries, including thoracic and cervical sprains, muscle spasms of the back, bursitis in both knees, and other musculoskeletal conditions.

16. These injuries have necessitated extensive medical treatment and pain management.

17. Plaintiff has incurred medical expenses totaling $327,041.30, with additional costs anticipated for ongoing and future treatments.

## CLAIMS FOR RELIEF

**Count 1 (Negligence)**

18. All other allegations in this complaint are hereby incorporated herein by reference.

19. The USPS, through its employee, Ruslan Aepli, owed a duty of care to Plaintiff.

20. Aepli breached this duty by failing to yield at a stop sign, causing the collision and subsequent injuries to Plaintiff.

21. As a result, Plaintiff has suffered damages as outlined above.

### Count 2 (Vicarious Liability)

22. All other allegations in this complaint are hereby incorporated herein by reference.

23. At all relevant times, Ruslan Aepli was acting within the scope of his employment with the USPS.

24. Under the doctrine of respondeat superior, the USPS is vicariously liable for the negligence of its employee.

### Count 3 (Negligence Per Se)

25. All other allegations in this complaint are hereby incorporated herein by reference.

26. Aepli violated Arizona traffic law by failing to yield at a stop sign, a violation that is considered negligence per se.

27. This violation was the proximate cause of the collision and Plaintiff's injuries.

28. Plaintiff is entitled to damages as a result of this negligence per se.

### TIMELINESS AND PROCEDURAL COMPLIANCE

29. This action is timely filed within the statutory period prescribed by 28 U.S.C. § 2401(b), which mandates that a tort claim against the United States be filed in court within six months after the date of mailing of notice of final denial of the claim by the agency.

30. All prerequisites to the filing of this action under the FTCA have been met, including the presentation of the claim to the appropriate federal agency, and the subsequent denial of said claim.

### JURY TRIAL DEMANDED

31. Plaintiff demands a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, on behalf of Plaintiff, undersigned counsel prays for judgment against

the Defendants as follows:

A)   Damages in an amount to be proven at trial;

B)   Costs of this action;

C)   Any further relief this Court deems just and proper.

Respectfully Submitted *via Electronic Filing* on November 13th, 2023.

*[signature]*

Brigham A. Cluff
*for* Cluff Injury Lawyers