# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Gambee, Jr., | No. CV-23-02382-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| United States Postal Service, et al., | |
| Defendants. | |

**IT IS ORDERED** that the parties' Joint Motion to Dismiss (Doc. 18) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 4th day of April, 2024.

Michael T. Liburdi
United States District Judge